# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140625 & (40)

ST. JOSEPH MERCY OAKLAND a/k/a
TRINITY HEALTH-MICHIGAN,
       Plaintiff Counter
       Defendant-Appellant,

V

DETROIT OSTEOOPATHIC HOSPITAL
CORPORATION, d/b/a BI-COUNTY
COMMUNITY HOSPITAL, a/k/a HENRY
FORD HEALTH SYSTEMS and ANDREA
ABESSINIO,
       Defendant Counter
       Plaintiffs-Appellees.

_____

SC:    140625
CoA:  286946
Oakland CC:  04-059636-CK

On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2010

_____
Clerk